*887
 
 Memorandum. Appeal dismissed as moot, without costs.
 

 Since relator has received a parole eligibility hearing it is now academic that he did not receive, as he should have, a prompt final parole revocation hearing (see
 
 Matter of Beattie v New York State Bd. of Parole,
 
 39 NY2d 445). Hence, the appeal is dismissed as moot. It is not necessary to consider the appropriateness of a habeas corpus proceeding to obtain a parole revocation hearing, because, in any event, relator was lawfully detained on the subsequent criminal charge. This reasoning would result in a dismissal not only of the appeal but also of the proceeding itself, a matter of no practical significance at this time.
 

 Appeal dismissed, without costs, in a memorandum.